# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 27, 2022

Lyle W. Cayce
Clerk

No. 20-61005
Summary Calendar

Ana Cristina Severino-Jerez,

*Petitioner*,

*versus*

Merrick Garland, *U.S. Attorney General*,

*Respondent*.

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A097 902 886

Before Wiener, Dennis, and Haynes, *Circuit Judges*.

Per Curiam:*

Ana Cristina Severino Jerez, a native and citizen of the Dominican Republic, petitions us for review of a decision of the Board of Immigration Appeals denying her motion to reopen. She argues before us that she did not receive proper notice for her 2005 immigration court hearing and that this

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

qualifies her for cancellation of removal, but before the Board, she framed this argument solely as the reason she deserved sua sponte relief. Accordingly, any claims other than the sua sponte relief denial are unexhausted, such that we lack jurisdiction. *Omari v. Holder*, 562 F.3d 314, 320-21 (5th Cir. 2009). She does not address the denial of sua sponte relief, which, in any event, is a discretionary decision that we lack jurisdiction to review. *Gonzalez-Cantu v. Sessions*, 866 F.3d 302, 306 (5th Cir. 2017).

DISMISSED.